UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-6210-PJW | Date | September 11, 2014 |
|---|---|---|---|
| Title | *Michael Janow v. HSBC Bank USA, National Association, et al.* | | |

| Present: The Honorable | PATRICK J. WALSH, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Jacob Yerke | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**     **Order Re:** HSBC Bank USA, N.A.'s Motion to Dismiss

Before the Court is Defendant HSBC Bank USA, N.A.'s motion to dismiss Plaintiff Michael Janow's Complaint. Having read and considered Defendant's motion, Plaintiff's opposition, and Defendant's reply, the Court denies the motion because, based on its reading of relevant California case law, including *West v. J.P. Morgan*, *Alvarez*, and *Rufini*, a homeowner may bring an action against a lender for breach of contract, negligence, negligent misrepresentation, and/or a violation of California Business and Professions Code § 17200 in the wake of an unsuccessful HAMP TPP (Home Affordable Modification Program's Trial Period Plan) modification. *See West v. J.P. Morgan Chase Bank*, 214 Cal. App. 4th 780 (2013); *Alvarez v. BAC Home Loans Servicing, L.P.*, No. A138443, 2014 WL 3883282, *9 (Cal. Ct. App. Aug. 7, 2014); *Rufini v. CitiMortgage, Inc.*, 227 Cal. App. 4th 299 (2014). Further, accepting as true the allegations contained in the Complaint, as the Court must do at this stage, the Court finds that the alleged conduct did not end in June 2010, but continued until some time in 2013. Thus, Plaintiff's suit in July 2014 was filed within the applicable statutes of limitations.

That being said, having taken a closer look at this case, it is clear to the Court that this case warrants an early settlement conference before the parties spend more money on the case than the case is worth. As such, counsel are ordered to meet and confer and to select a member of the Court's mediation panel who specializes in foreclosures and arrange for a settlement conference with one of them to be completed no later than October 3, 2014. If the parties are unable to agree on a mediator by September 12, 2014, both sides are ordered to fax to the Court (213 894-5734) the names of three mediators on September 15, 2014, and the Court will select one to preside over the settlement. The Court sets the matter for a status conference on October 10, 2014, at 12:15 p.m. If the case has settled by then, counsel shall notify the clerk (Jacob Yerke at 213 894-5686) and the hearing will be taken off calendar.

cc: Counsel of record
S:\PJW\Cases-Consent\MO_MTD ordering parties to settle.wpd

:   00

Initials of Preparer   sr