JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL JANOW, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION; and DOES 1-100, Inclusive,<br><br>Defendants. | **CASE NO. CV14-6210-PJW**<br><br>**ORDER OF DISMISSAL** |

In light of the stipulation of dismissal with prejudice (Dkt. No. 33) as to Plaintiff Michael Janow ("Plaintiff") and HSBC Bank USA, National Association ("HSBC") filed with the Court on October 9, 2015, and good cause appearing, the Court hereby **ORDERS** that an order of dismissal with prejudice be ordered in this matter.

It is therefore ORDERED, ADJUDGED, and DECREED that:

1  An order of dismissal with prejudice is hereby entered against Plaintiff, and in
2  favor of HSBC.  Plaintiff's case is hereby dismissed with prejudice, Plaintiff shall
3  take nothing against HSBC, and each party shall bear its own costs and fees.
4
5  **IT IS SO ORDERED.**
6
7
8  Dated:  October 14, 2015
   _____
9  HON. PATRICK J. WALSH
   UNITED STATES MAGISTRATE
10 JUDGE

1  Respectfully Submitted by:

2  **MCGUIREWOODS LLP**
   Adam F. Summerfield (SBN 259842)
3  1800 Century Park East
   8th Floor
4  Los Angeles, CA  90067-1501
   Telephone:  310.315.8200
5  Facsimile:  310.315.8210

6  Attorneys for Defendant HSBC Bank USA, National Association

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28